IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| WESTERN WATERSHEDS PROJECT, | |
|---|---|
| Plaintiff, | Case No. 4:08-CV-516-BLW |
| v. | |
| KEN SALAZAR, Secretary, DEPARTMENT OF THE INTERIOR, | **ORDER** |
| Defendants. | |

Finding good cause therefore, and pursuant to the agreement of counsel,

NOW THEREFORE IT IS HEREBY ORDERED, that the following deadlines shall govern this litigation:

| | |
|---|---|
| December 12, 2011 | Plaintiff's opening brief on remedies concerning the two test case RMPs due. |
| January 20, 2012 | Federal Defendants' opening brief on remedies concerning the two test case RMPs due. |
| January 27, 2012 | Intervenors' opening brief on remedies concerning the two test case RMPs due. |
| February 10, 2012 | Plaintiff's reply brief due. |
| February 24, 2012 | Federal Defendants' and Intervenors' reply briefs due. |

IT IS FURTHER ORDERED, that the Clerk shall set a time for status conference to discuss whether the hearing on the remedies should be an evidentiary hearing and, if so, how much time needs to be allotted. Agreement by counsel on the nature and time needed for the hearing may foreclose the need for a status conference.

**Order – page 1**



DATED: **December 15, 2011**

_____
B. LYNN WINMILL
Chief Judge
United States District Court