IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, | |
| Plaintiff, | Case No.  4:08-CV-516-BLW |
| v. | **CASE MANAGEMENT ORDER** |
| KEN SALAZAR, Secretary, DEPARTMENT OF THE INTERIOR, | |
| Defendants. | |

Pursuant to the Case Management Report (docket no. 239) agreed upon by the parties, the following schedule shall govern this litigation:

**Motion to Dismiss**

Defendants intend to file a motion to dismiss most of the remaining claims in the case. In response, Plaintiff may seek to conduct jurisdictional discovery and to stay the resolution of the motion to dismiss pending the Court's resolution of the motion for jurisdictional discovery. Accordingly, the following schedule shall govern the motion to dismiss and potential responsive motion:

1.  Defendants file motion to dismiss:                                        March 11, 2013

2.  Intervenors file motion to dismiss or brief in support of

Defendants' motion to dismiss:                                        March 25, 2013

3.  Plaintiff files either an opposition to the motion to dismiss

or a motion for jurisdictional discovery and stay:          April 15, 2013

***If no motion for jurisdictional discovery and stay is filed*:**

**Case Management Order – page 1**

4.  Defendants and intervenors file replies in support of motion

to dismiss:                                                                    April 29, 2013

***If a motion for jurisdictional discovery and stay is filed:***

5.  Defendants and Intervenors file oppositions to motion for

jurisdictional discovery:                                          May 6, 2013

6.  Plaintiff files reply in support of motion for jurisdictional

discovery:                                                              May 20, 2013

If the Court denies the motion for jurisdictional discovery, Plaintiff's opposition to the

motion to dismiss is due 21 days after the Court's order denying the motion. If the Court grants

the motion for jurisdictional discovery, Plaintiff's opposition is due 21 days after BLM produces

the discovery required by the Court. In either case, Defendants' and Intervenors' replies in

support of the motion to dismiss are due 14 days after the filing of the opposition.

**Motion To Amend Complaint**

Plaintiff has alerted the parties that it is foregoing at this time filing a motion to amend or

supplement the complaint in this matter.

**Additional Resource Management Plans**

The parties have agreed that, if Defendants' and Intervenors' motions to dismiss are

denied, the next RMPs to be briefed on summary judgment will be the Ely RMP in Nevada and

the Surprise, Eagle Lake, and Alturas RMPs in Nevada and California. The Surprise, Eagle

Lake, and Alturas RMPs were developed at the same time and rely on the same environmental

impact statement.

The parties will discuss and submit a merits briefing schedule for these additional RMPs.

**Case Management Order – page 2**



DATED:  **March 7, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court